PROB 12B
(07/93)

# UNITED STATES DISTRICT COURT

For

Western District of Wisconsin

Request for Modifying the Conditions of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

**Name of Offender:**  Steven P. Runke                               **Case Number:** 89-CR-34-wmc-01
                     Janesville, WI

**Name of Sentencing Judicial Officer:** Honorable John C. Shabaz

**Date of Sentence:**  July 7, 1989

**Offense:** Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a), 2113(d) & 2, a Class B felony

**Sentence:**     300-month term of imprisonment, followed by a 5-year term of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commences:** January 28, 2011

---

### PETITIONING THE COURT

 X    To modify the conditions of supervision with the addition of the following special condition:

Special Condition No. 1:     "Abstain from the use of alcohol and illegal drugs and from association with drug users and sellers and participate in substance abuse treatment. Defendant shall submit to drug testing beginning within 15 days of (his/her) release and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process"

Request for Modifying the Conditions of
Supervision with Consent of the Offender

## CAUSE

On June 3, 2010, Steven P. Runke entered Rock Valley Community Programs, Inc. residential reentry center where he is currently preparing for his release from custody. He is in the process of establishing a residence, obtaining employment, and addressing his treatment needs. Mr. Runke would benefit from the addition of substance abuse treatment and testing during his term of supervised release.

On June 22, 2010, Mr. Runke signed the attached Probation Form 49, agreeing to abstain from alcohol and illegal drug use and participate in substance abuse treatment and testing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on             July 22, 2010

/s/ Michael J. Nolan
Michael J. Nolan
U.S. Probation Officer

---

**THE COURT ORDERS:**

  X     The modification of conditions as noted above

____Other

/s/ William Conley
_____
Honorable William M. Conley
U.S. District Judge

*July 23, 2010*

Date